No. 89–6677.   WHITE v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–6813.   TURNBULL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6881.   JOHNSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6943.   ADAIR v. UNITED STATES; and
No. 89–7687.   TOOMER v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.   Reported below: 282 U. S. App. D. C. 74, 892 F. 2d 90.

No. 89–6967.   BURKE v. BEYER.   C. A. 3d Cir.   Certiorari denied.

No. 89–7010.   BRAMBLETT v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7025.   MOUNT v. GORELICK ET AL.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 89–7036.   TIBESAR v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–7136.   MILLER v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 89–7138.   JOHNSON v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 89–7149.   MARSH v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7156.   STONE v. FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 89–7174.   MINTON v. KEY SERVE GROUP.   C. A. 5th Cir. Certiorari denied.

No. 89–7183.   HOYOS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7185.   HRIVNAK v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.